IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WESLEY JEFFERSON**  **PLAINTIFF**
**ADC #104933**

v.  No. 4:25-cv-00005-LPR

**JAMES GIBSON, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 5). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to (1) comply with the Court's January 6, 2025 Order requiring him to pay the filing fee, and (2) prosecute this lawsuit. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 22nd day of April 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE